08/14/2003 16:42   2125717302   GREENCARDMAKER.COM

Immigration and Naturalization Service   **Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485   APPLICATION TO ADJUST/TO PERMANENT |
|---|---|---|
| EAC-03-229-53839 | | RESIDENT STATUS |
| RECEIVED DATE July 29, 2003 | PRIORITY DATE | APPLICANT KALIDINDI, RAJINI D. |
| NOTICE DATE August 11, 2003 | PAGE 1 of 1 | |

KESHAB / R. SEADIE ESQ
LAW OFFICE OF KESHAB RAJ SEADIE PC
29 JOHN STREET SUITE #601
NEW YORK NY 10038

Notice Type: Receipt Notice

Amount received: $ 305.00

Section: Other basis for adjustment

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or immigration and naturalization service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-6283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

Form I-797C (Rev. 09/07/93) N



**FILED**
**FEBRUARY 6, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Exhibit A, Receipt notice for Plaintiff's I-485 adjustment application

- 12 -

12/17/2007 17:23 FAX   312 681 2297        CTA 3rd FLOOR BENEFITS                        ☑005/005

01/05/2004  22:27   3027347115                    TEKSTROM INC                         PAGE  01

U.S. Department of Justice                                    **Notice of Action**
Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| EAC-03-229-53312 | I240  IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| August 11, 2003 | August 16, 2002 | TEKSTROM |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 19, 2003 | 1 of 1 | KALIDINDI, RAJINI D. |

TEKSTROM
C/O HARPREET KAUR HUMAN RESOURCE/MANAG
1405 FOREST AVENUE B-2
DOVER DE 19904

Notice Type:  Approval Notice
Section: Mem of Profession w/Adv Deg or
         of Except'l Ability
         Sec.203(b)(2)

Courtesy Copy: Original sent to: SENDIS, KUSHAD RAJ

This Courtesy Notice is to advise you of action taken on this case. The official notice has been mailed to the
attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as
part of the official notice.

The above petition has been approved. The person this petition is for will be notified separately when a decision is
reached on his or her pending adjustment of status application.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action
taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

12/17/2007 18:01 FAX  312 681 2297        CTA 3rd FLOOR BENEFITS                     ☐002/009

Gmail - Name Check Expedite Request - rajini.kalidindi@gmail.com                    Page 1 of 1

## Name Check Expedite Request

Print all    Turn off highlighting

Rajini Kalidindi to fbinncp, bcc: pgurijala                    show details 5/24/05    Reply

To: David M. Hardy, Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington D.C. 20535

Subject: Name Check Expedite Request

Dear Mr. Hardy:

I am the principal applicant for Adjustment Of Status / Permanent
Residency (I-485) application pending with the USCIS Vermont Service
Center. We have filed an application for adjustment of status to that
as of Lawful permanent Resident with the USCIS Vermont Service Center
on August 11, 2003. On Oct 6th 2004, USCIS received the results of our
fingerprints.

On April 11th 2005, I was informed by postal mail that the FBI's
Security/Name Check request was pending for me and my spouse

I am sending this note to you kindly asking for your office to please
expedite the security/name check for both my spouse, and me pending
for such a long time since August 2003.

To help identifying information, I am herewith providing the following
information of my and my spouse's cases.

Primary Applicant
First Name: Rajini
Middle Name: Devi
Last Name: Kalidindi
Date/place of Birth: ............. Jangareddigudem, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953839
USCIS Receipt Date: August 11th 2003

Derivative Applicant:
First Name: Prasad
Middle Name: Venkata
Last Name: Gurijala
Relationship: Spouse
/
Date/place of Birth: J ........ Ongole, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953938
USCIS Receipt Date: August 11th 2003

Derivative Applicant:
First Name: Sahithi
Last Name: Kalidindi
Relationship: Daughter

Date/place of Birth: .................., Alwai, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953967
USCIS Receipt Date: August 11th 2003

Current Address: 1804 S ............................
Home Phone Number: 6
Cell Phone Number: 707
Email: rajini.kalidindi@gmail.com

I may be reached by phone or e-mail, if you require any additional
information/ documents to address my request. A prompt response will
be greatly appreciated.

Sincerely,
RAJINI D KALIDINDI

Reply    Forward

Exhibit C, Plaintiff's request for name check expedition to FBI Chief David M. Hard

- 14 -

12/17/2007 18:02 FAX  312 681 2297        CTA 3rd FLOOR BENEFITS                    ☒006/009

## FBI Security Check
## Pending - Expedite Request

Print all        Turn off highlighting

Rajini Kalidindi to fbinncp, bcc: ra_ show details 8/10/05        Reply

**To: David M. Hardy, Chief**
**Record/Information Dissemination Section**
**Federal Bureau of Investigation**
**935 Pennsylvania Avenue, N.W.**
**Washington D.C. 20535**

**Subject: Name Check Expedite Request**

Dear Mr. Hardy:

I am the principal applicant for Adjustment Of Status / Permanent Residency (I-485) application pending with the USCIS Vermont Service Center since August' 2003.

We have concurrently filed an application for immigration petition and adjustment of status with the USCIS Vermont Service Center on August 11, 2003.

On December 19th 2003, My I-140 Immigration Petition was approved. On October 6th 2004, USCIS received the results of our fingerprints.

On April 11th 2005, I was informed by USCIS that they had sent a request to FBI for Security/Name Check on March 2004. And my case is pending Security Check Clearance from FBI.

I am sending this note to you kindly asking for your office to please expedite the security/name check for both my spouse, and me pending for such a long time.

To help identifying information, I am herewith providing the following information of my and my spouse's cases.

**Primary Applicant:**
First Name: Rajini
Middle Name: Devi
Last Name: Kalidindi

Date/place of Birth: _____, Jangareddigudem, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953839
USCIS Receipt Date: August 11th 2003

**Derivative Applicant#1:**
First Name: Prasad
Middle Name: Venkata
Last Name: Gurijala
Relationship: Spouse

Date/place of Birth: _____, Ongole, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953938
USCIS Receipt Date: August 11th 2003

Current Address: 1
Home Phone Number: _____
Cell Phone Number: _____
Email: rajini.kalidindi@gmail.com

Exhibit C, Plaintiff's request for name check expedition to FBI Chief David M. Hard

I may be reached by phone or e-mail, if you require any additional information/ documents to address my request. A prompt response will be greatly appreciated.

Sincerely,
RAJINI D KALIDINDI

Reply     Forward

Exhibit C, Plaintiff's request for name check expedition to FBI Chief David M. Hard

- 16 -

# RE: Your recent message    Print all    Turn off highlighting

Inbox  X

**U.S. Rep. Jan Schakowsky** to me  show details 7/25/05    Reply

Thank you for taking the time to get in touch and share your views with me.  If you are a resident of the 9th Congressional District and have included your address, I will get back to you shortly.  You don't need to do anything else.

If you live in the 9th Congressional District and have not included your address, please do so and I will respond to your concerns.
 Unfortunately,
due to the large amount of correspondence, I can only respond to constituents.


Sincerely,

Jan Schakowsky


——Original Message——
From: "Rajini Kalidindi" <rajini.kalidindi@gmail.com>
Sent: 7/25/2005 1:29:49 PM
To: jan.schakowsky@mail.house.gov
Cc:
Subject: Immigration/I-485 Status

To,
Jan Schakowsky
5533 North Broadway Avenue
Chicago, IL  60640

Dear Jan Schakowsky:

My name is Rajini Kalidindi, I am an Indian Citizen who had applied for Employment based Adjustment of Status/Green Card/US Permanent Resident/I-485 under EB2 category with USCIS, Vermont Service Center for
myself, my husband and my daughter on August 11th 2003 .

On Oct 6th 2004, USCIS received the results of our fingerprints. On April 11th 2005, I was informed by postal mail that the FBI's Security/Name Check request was pending for me and my spouse since Oct
2004.

Recently USCIS web site (
https://egov.immigration.gov/cris/jsps/Processtimes.jsp?
SeviceCenter=Ver
mont
<https://egov.immigration.gov/cris/jsps/Processtimes.jsp?
SeviceCenter=Ve
rmont> ) is showing that they are processing employment based I-485 applications as of August 19th 2004, which is past 1 year past my priority date i.e. August 11th 2003. All of my friends who applied after me got their approvals.

Its been around 2 yrs when we applied our I-485 and no decision so far. This is making our life very unstable and restless.

I humbly request your help in expediating my case with USCIS Vermont Service Center. If you could help us in this regard our family would be very grateful to you. The only hope we have is your help. We greatly appreciate your time and consideration.

I am herewith providing the detailed information of me, my spouse's and my daughter's cases.

**Primary Applicant**

First Name: Rajini
Middle Name: Devi
Last Name: Kalidindi

Date/place of Birth:                    Jangareddigudem, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953839
USCIS Receipt Date: August 11th 2003

**Derivative Applicant:**

First Name: Prasad
Middle Name: Venkata
Last Name: Gurijala
Relationship: Spouse

Date/place of Birth:            Ongole, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953938
USCIS Receipt Date: August 11th 2003

**Derivative Applicant:**

First Name: Sahithi
Last Name: Kalidindi
Relationship: Daughter

Date/place of Birth:              Alwal, Andhra Pradesh, India
USCIS Receipt Number: EAC0322953967
USCIS Receipt Date: August 11th 2003

Current Address:
Home Phone Number:
Cell Phone Number:
Email: <mailto:rajini.kalidindi@gmail.com> rajini.kalidindi@gmail.com

I may be reached by phone or e-mail, if you require any additional information/ documents to address my request.

Thanks and Regards

Sincerely,
RAJINI D KALIDINDI

Reply    Forward

Exhibit D, Email correspondence with U.S. Rep. Jan Schakowsky
- 18 -

12/17/2007 18:07 FAX 312 681 2297        CTA 3rd FLOOR BENEFITS                    ☒005/009

Gmail - FBI response                                                          Page 1 of 1

 BETA

Rajini Kalidindi <rajini.kalidindi@gmail.com>

## FBI response

**Litwin, Lydia <Lydia.Litwin@mail.house.gov>**                    Thu, Feb 16, 2006 at 4:42 PM
To: "rajini.kalidindi@gmail.com" <rajini.kalidindi@gmail.com>

Ms. Kalidindi,

The FBI response to our January 23rd inquiry stated that your background clearance request was received
from the USCIS on March 30, 2004 but has not yet been completed. Unfortunately the FBI is unable to
provide a time frame for completing their security review process but if you do not hear from the Chicago CIS
office within the next 3 months, please contact me again and I will do another status inquiry.

I hope this information is helpful to you.

Lydia Litwin
Staff Assistant
Office of U.S. Representative Judy Biggert
6262 S. Route 83, Suite 305
Willowbrook, IL 60527
Tel: 630-655-2052
Fax: 630-655-1061
email: lydia.litwin@mail.house.gov

http://mail.google.com/mail/?ui=2&ik=9edf6b45c9&view=pt&q=judy&search=query&m...   12/13/2007

Gmail - your adjustment case                                                    Page 1 of 1

                              Rajini Kalidindi <rajini.kalidindi@gmail.com>

## your adjustment case

Litwin, Lydia <Lydia.Litwin@mail.house.gov>                    Thu, Aug 31, 2006 at 10:06 AM
To: "rajini.kalidindi@gmail.com" <rajini.kalidindi@gmail.com>

Ms. Kalidindi,

I sorry to say that the Vermont Service Center is still saying that your FBI name check is still pending so all I can do is check once more with the FBI to find out what they say.

Lydia Litwin

Staff Assistant

Office of U.S. Representative Judy Biggert

6262 S. Route 83, Suite 305

Willowbrook, IL 60527

Tel: 630-655-2052

Fax: 630-655-1061

Email: lydia.litwin@mail.house.gov

http://mail.google.com/mail/?ui=2&ik=9edf6b45c9&view=pt&q=judy&search=query&m...   12/13/2007

Gmail - RE: Name Check Status                                                                      Page 1 of 3



Rajini Kalidindi <rajini.kalidindi@gmail.com>

## RE: Name Check Status

**Litwin, Lydia <Lydia.Litwin@mail.house.gov>**                    **Wed, Dec 27, 2006 at 9:42 AM**
To: Rajini Kalidindi <rajini.kalidindi@gmail.com>

Ms. Kalidindi,

I faxed another inquiry to the FBI on November 15th but have not heard back from them yet.  I will let you know as soon as I do.

Lydia Litwin

Office of U.S.Representative Judy Biggert

**From:** Rajini Kalidindi [mailto:rajini.kalidindi@gmail.com]
**Sent:** Tuesday, December 19, 2006 11:53 AM
**To:** Litwin, Lydia
**Subject:** RE: Name Check Status

Hi Lydia,

Did you hear anything on my case from BCIS or FBI since Oct'06?

I appreciate all your help in this regard

Thanks

Rajini

**From:** Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]

Exhibit D, Email correspondence with U.S. Rep. Judy Biggert

- 21 -

                                          Rajini Kalidindi <rajini.kalidindi@gmail.com>

## updated status requested

Litwin, Lydia <Lydia.Litwin@mail.house.gov>                         Fri, Sep 28, 2007 at 2:29 PM
To: Rajini Kalidindi <rajini.kalidindi@gmail.com>

Ms. Kalidindi,


As per your request, I contacted the FBI once again concerning the status of your name check
clearance.  The FBI response stated their investigation has not been completed yet.  As we
discussed before the USCIS cannot make a final decision on your application until this security
process is finalized and the Texas Service Center assured me that you will be notified as soon as
they receive the mandated security clearances.


If you have any further questions, do not hesitate to ask.


Lydia Litwin

Staff Assistant

Office of U.S. Representative Judy Biggert

6262 S. Route 83, Suite 305

Willowbrook, IL 60527

Tel: 630-655-2052

Fax: 630-655-1061

Email: lydia.litwin@mail.house.gov

---

Exhibit D, Email correspondence with U.S. Rep. Judy Biggert

12/17/2007 17:57 FAX 312 681 2297          CTA 3rd FLOOR BENEFITS                                      006/008

BARACK OBAMA
ILLINOIS

COMMITTEES:
ENVIRONMENT AND
PUBLIC WORKS

FOREIGN RELATIONS

VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

July 29, 2005

Rajini Kalidindi

Dear Ms. Kalidindi:

Thank you for your correspondence requesting the help of my Senate office.  My staff has submitted an inquiry to the Vermont Service Center of the United States Citizenship and Immigration Services on your behalf.  Please be aware that CIS typically takes between thirty (30) and sixty (60) days to respond.

If you have additional information or concerns on your case, please contact Nubia Chaidez, a Constituent Service Agent in my Chicago office at 312-886-3506.

Sincerely,

Barack Obama
United States Senator

BO/jg/nc

BARACK OBAMA
ILLINOIS

COMMITTEES:
ENVIRONMENT AND
PUBLIC WORKS

FOREIGN RELATIONS

VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

August 2, 2005

Rajini Kalidindi

Dear Ms. Kalidindi:

Thank you for your recent letter to Senator Barack Obama about your pending immigration issue.
I handle Immigration/Visa cases for the Senator and he has asked me to respond on his behalf.

I have contacted the U.S. Citizenship and Immigration Service (USCIS) on your behalf to inquire
about the status of your case. A representative from USCIS reported back to me today that your
case is being held pending name check completion.

The September 11 terrorist attacks have forced USCIS to implement much more stringent
background checks, and they often take up to two years to complete. Unfortunately, a final
decision on your petition cannot be made until the national security check is completed by the
Federal Bureau of Investigations (FBI) and they have contacted USCIS with the results. If you
do not hear back from USCIS within three (3) months, please contact me again and I can inquire
on your behalf.

I understand the frustration of enduring such long waits. However, I trust that the FBI and
USCIS are working as quickly as they can given the security requirements and caseloads that
they face. If you have additional information or concerns relative to this matter, please feel free
to contact me at 312 886-3506.

Sincerely,

Nubia Chaidez
Constituent Services Agent

Nubia,

The I-485 applications are pending response from the FBI regarding the name/date
of birth check.

Cindy Lafayette
VSC Congressional Liaison

12/17/2007 17:57 FAX  312 681 2297        CTA 3rd FLOOR BENEFITS                    ☐004/008

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON
GOVERNMENTAL AFFAIRS

SELECT COMMITTEE ON INTELLIGENCE

ASSISTANT DEMOCRATIC
FLOOR LEADER

## United States Senate
### Washington, DC 20510-1304

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

575 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62958
(618) 998-8812

www.senate.gov/~durbin

September 13, 2005

Rajini Devi Kalidindi

Thank you for your recent correspondence in relation to your pending FBI name check. I understand your frustration with the lengthy delays you have experienced in obtaining your name check clearance. As you are probably aware name check clearances are required by the United States Citizenship and Immigration Services before they can process or make a final determination on immigrant visa petitions. Our office is not able to inquire about the status of name checks pending with the FBI however, individuals can e-mail the FBI directly and inquire about the status of their name check. The e-mail address is FBINNCP@ic.fbi.gov. Please be sure to include your full name, date of birth and place of birth in your inquiry.

I hope that my office has been of assistance to you. Please do not hesitate to contact us again if I can assist you in other matters of federal concern.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/cs

Exhibit E, Correspondence with United States Senator Richard J. Durbin

## Immigration Case                    Print all        Turn off highlighting

**Rajini Kalidindi** to first.lady, bcc: p  show details 3/28/06      Reply

To,

The Honorable First Lady Laura Bush
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500
Email: first.lady@whitehouse.gov

Dear Ms. Bush:

Re: Immigration Case

My name is Rajini Kalidindi, I am an Indian Citizen who had applied for
Employment based Adjustment of Status/Green Card/US Permanent
Resident/I-485 under EB2 category with USCIS, Vermont Service Center
for myself, my husband and my daughter on August 11th 2003.

On Oct 6th 2004, USCIS received the results of our fingerprints. After
repeated enquires with USCIS, I was informed on April 11th 2005, that
the FBI's Security/Name Check request was pending for my spouse and
me.

I also emailed the FBI office on May 24th 2005 and August 10th 2005 to
find the status of my Name Check, however there was no reply for my
emails. This led me to contact our 13th District Congress Woman
Honorable Ms Judy Biggert's office in IL. Her Office contacted the FBI
Congressional Liaison several times since August 2005, and finally On
January 23rd 2006 they got response from FBI that my case was still
pending Name Check since March 30th 2004.

Recently USCIS web site (https://egov.immigration.gov
/cris/jsps/Processtimes.jsp?SeviceCenter=Vermont ) is showing that they
are processing employment based I-485 applications as of March 1st
2005, which is past 1 & 1/2 year past my priority date i.e. August 11th
2003.

It has been over 2 and 1/2 yrs when we applied our I-485 (Adjustment of
Status) and no decision so far. This is making our life very unstable,
miserable and restless.

I humbly request your help in expediting my FBI Name Check which
has been pending for almost 2 years. If you could help us in this regard
our family would be very grateful to you. The only hope we have is your
help. We greatly appreciate your time and consideration.

I am herewith providing the detailed information of my spouse's, my
daughter's and me cases.

**Primary Applicant**
——————————————
**First Name: Rajini**
**Middle Name: Devi**
**Last Name: Kalidindi**

**Date/place of Birth: I**              **, Jangareddigudem, Andhra**
**Pradesh, India**

USCIS Receipt Number: EAC0322953939
**USCIS Receipt Date: August 11th 2003**

**Derivative Applicant:**
—————————————

**First Name: Prasad**
**Middle Name: Venkata**
**Last Name: Gurijala**
**Relationship: Spouse**

**Date/place of Birth:** 〈              , Ongole, Andhra Pradesh, India
**USCIS Receipt Number: EAC0322953938**
**USCIS Receipt Date: August 11th 2003**

**Derivative Applicant:**
—————————————

**First Name: Sahithi**
**Last Name: Kalidindi**
**Relationship: Daughter**

**Date/place of Birth:** _              , Alwal, Andhra Pradesh, India
**USCIS Receipt Number: EAC0322953967**
**USCIS Receipt Date: August 11th 2003**

Current Address:
Home Phone Number:
Cell Phone Number:
Email: rajini.kalidindi@gmail.com

I may be reached by phone or e-mail, if you require any additional
information/ documents to address my request.

Thanks and Regards

Sincerely,

RAJINI D KALIDINDI


Reply     Forward

Exhibit E, Correspondence with First Lady Laura Bush in the White House
- 28 -



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 3, 2005

MR. RAJINI D. KALIDINDI

Request No.: 1021529- 000
Subject: KALIDINDI, RAJINI D.

Dear Mr. Kalidindi:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Should you desire a check of our field office files, it will be necessary for you to direct your request to the appropriate field office.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

12/17/2007 17:57 FAX   312 681 2297          CTA 3rd FLOOR BENEFITS                    ☑007/008

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

 **U.S. Citizenship and Immigration Services**

Saturday, September 24, 2005

RAJINI DEVI KALIDINDI

Dear RAJINI DEVI KALIDINDI:

On 08/10/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 08/11/2003 |
| **Receipt #:** | EAC-03-229-53839 |
| **Beneficiary (if you filed for someone else):** | KALIDINDI, RAJINI, DEVI |
| **Your USCIS Account Number (A-number):** | |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below. This also applies to the I-485 applications pertaining to your husband and child.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 09-24-2005 01:22 PM EDT - EAC-03-229-53839

Exhibit F, USCIS' response to Plaintiff's case status inquiry



Search

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## Vermont Service Center Processing Dates
## Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times  When applications and petitions are completed within our target timeframes, that goal will be shown in the data display

The processing times shown below are for applications that have just been completed  If you have just filed your application, these timeframes may not reflect how long your application will take to be completed  We encourage you to check this page periodically before inquiring about your case  The processing times are updated monthly

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received  This compares to 1 2 million applications and petitions received in the same time period last year  This fiscal year, we received 1 4 million applications for naturalization; nearly double the volume we received the year before  The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload

As a result, average processing times for certain application types may be longer  In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process

We offer a variety of services after you file   For example, for most kinds of cases you can check the status of your case online

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I  . know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Vermont Service Center** Posted November 14, 2007

|  |  |  |  |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | 6 Months |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | November 15, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |

Exhibit G,  USCIS VSC Processing Dates posted 11/14/2007

-31-

| I-140 | Immigrant Petition for Alien Worker | National Interest Waiver | April 01, 2006 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | July 24, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 04, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | May 19, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S citizens and lawful permanent residents | March 01, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |

Exhibit G,  USCIS VSC Processing Dates posted 11/14/2007

12/17/2007 17:46 FAX  312 681 2297          CTA 3rd FLOOR BENEFITS          ☑003/009

Department of Homeland Security
U.S. Citizenship and Immigration Services                    **I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER EAC0322953839 | | NOTICE DATE 8/9/2006 |
|---|---|---|---|
| CASE TYPE I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# | CODE 1 |
| | TCR | SERVICE CENTER ESC | PAGE 1 of 1 |

RAJINI D KALIDINDI



Your fingerprint card on file with the U. S. Citizenship & Immigration Services (USCIS) has expired.  In order for USCIS to continue processing your application, it will be necessary to have your fingerprints retaken. This will be completed at no additional expense to you.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NAPERVILLE | 08/23/2006 |
| 888 SOUTH ROUTE. 59 | 12:00 PM |
| #124 | |
| NAPERVILLE, IL 60540 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE and**
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER I
I485    -    EAC0322953839



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

LIFE ACT PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

TENPRINTS QA REVIEW BY:

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*                    ON

Exhibit H,  ASC Appointment notice for I-485 application (2006)
Form I-797C (Rev. 01/31/05) N

12/17/2007 17:47 FAX 312 681 2297    CTA 3rd FLOOR BENEFITS    ☑004/009

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | **APPLICATION NUMBER** EAC0680019569 | | **NOTICE DATE** 8/14/2006 |
|---|---|---|---|
| **CASE TYPE** I765 | **SOCIAL SECURITY NUMBER** | **USCIS A#** | **CODE** 2 |
| | **TCR** | **SERVICE CENTER** MSC | **PAGE** 1 of 1 |

Rajini Devi Kalidindi

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS NAPERVILLE | 08/24/2006 |
| 888 SOUTH ROUTE. 59 | 8:00 AM |
| #124 | |
| NAPERVILLE, IL 60540 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE and**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon
U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS NAPERVILLE, 888 SOUTH ROUTE. 59, #124, NAPERVILLE, IL 60540

**APPLICATION NUMBER 1**

I765 · EAC0680019569

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing this biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if your injuries might interfere with taking your biometrics.*

Exhibit H, ASC Appointment notice for I-765 application (2006)

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| APPLICATION NUMBER | | NOTICE DATE |
| --- | --- | --- |
| SRC0780018486 | | 7/6/2007 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| --- | --- | --- | --- |
| I765 | | A097488051 | 2 |

| | TCR | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| | | MSC | 1 of 1 |

RAJINI Devi KALIDINDI
24807 EMERALD AVE
PLAINFIELD, IL 60585

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
| --- | --- |
| USCIS NAPERVILLE | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 888 SOUTH ROUTE 59 | **DATE AND TIME OF APPOINTMENT** |
| #124 | 07/27/2007 |
| NAPERVILLE, IL 60540 | 9:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

| REQUEST FOR RESCHEDULING |
| --- |
| ☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS NAPERVILLE, 888 SOUTH ROUTE. 59, #124, NAPERVILLE, IL 60540 |

APPLICATION NUMBER 1

I765    -    SRC0780018486

If you have any questions regarding this notice, please call 1-800-375-5283.

BIOMETRICS PROCESSING STAMP

**WARNING! ASC SITE CODE:**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment, if it determines your injuries will interfere with taking your biometrics.*

BIOMETRICS CA REVIEW

ON _____

TENPRINTS QA REVIEW

ON _____

12/17/2007 17:51 FAX  312 681 2297      CTA 3rd FLOOR BENEFITS                    ☑009/009

Department of Homeland Security
U.S. Citizenship and Immigration Services                                I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-05-004-51057 | | CASE TYPE I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| RECEIVED DATE October 4, 2004 | PRIORITY DATE | APPLICANT KALIDINDI, RAJINI D. |
| NOTICE DATE October 6, 2004 | PAGE 1 of 1 | |

| RAJINI D. KALIDINDI | **Notice Type:** Receipt Notice |
|---|---|
| | Amount received: $ 175.00 |
| | Class requested: C09 |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

12/17/2007 17:49 FAX  312 681 2297        CTA 3rd FLOOR BENEFITS                    ☑007/009

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-05-800-31135 | | CASE TYPE  I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| RECEIVED DATE August 18, 2005 | PRIORITY DATE | APPLICANT KALIDINDI, RAJINI D. |
| NOTICE DATE August 19, 2005 | PAGE 1 of 1 | |

| RAJINI D. KALIDINDI | **Notice Type:**  Receipt Notice |
|---|---|
| | Amount received: $  175.00 |
| | Class requested: C09 |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-90, I-485, or I-698 application**
**Biometrics - (fingerprint, photo, signature)**
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1.800.375.5283 to schedule your appointment. For hearing impaired, TDD assistance call
1.800.767.1833. It is important that you schedule your appointment. We cannot complete certain steps in processing
until you appear for this appointment.
**What to bring to your appointment** - You must bring this letter and a photo identification to your appointment.
Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

12/17/2007 17:48 FAX  312 681 2297      CTA 3rd FLOOR BENEFITS                    ☒006/009

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-06-800-19569 | | CASE TYPE I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
|---|---|---|---|
| RECEIVED DATE August 8, 2006 | PRIORITY DATE | APPLICANT KALIDINDI, RAJINI D. | |
| NOTICE DATE August 8, 2006 | PAGE 1 of 1 | | |

RAJINI D. KALIDINDI

**Notice Type:** Receipt Notice

Amount received: $ 180.00

Class requested: C09

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 01/31/05) N

Exhibit I, Receipt notice for Plaintiff's application for employment authorization (2006)

12/17/2007 17:48 FAX  312 681 2297        CTA 3rd FLOOR BENEFITS                      ☑ 005/009

Department of Homeland Security
U.S. Citizenship and Immigration Services                                        **I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-07-800-18486 | CASE TYPE  I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|
| RECEIVED DATE<br>June 30, 2007 | PRIORITY DATE | APPLICANT<br>KALIDINDI, RAJINI D. |
| NOTICE DATE<br>July 3, 2007 | PAGE<br>1 of 1 | |

| RAJINI D. KALIDINDI | Notice Type:  Receipt Notice |
|---|---|
| | Amount received: $  180.00 |
| | Class requested: C09 |

**Receipt Notice**- This notice confirms that USCIS received your application or petition ("this case") as shown above. If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.

This notice does not grant any immigration status or benefit. It is not even evidence that this case is still pending. It only shows that the application or petition was filed as shown.

**Processing time** - Processing times vary by kind of case. You can check our website at www.uscis.gov for our current "processing times" for this kind of case at the particular office to which this case is or becomes assigned. On our websites "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics**- In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes**- If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website. Otherwise, you might not receive notice of our action on this case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone:** (800) 375-5283



Form I-797 (Rev. 01/31/05) N

Exhibit I, Receipt notice for Plaintiff's application for employment authorization (2007)

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE  I765 |
|---|---|
| EAC-06-800-19569 | APPLICATION FOR EMPLOYMENT AUTHORIZATION |

| RECEIPT DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| August 8, 2006 | | KALIDINDI, RAJINI D. |

| NOTICE DATE | PAGE |
|---|---|
| September 15, 2006 | 1 of 1 |

RAJINI D. KALIDINDI

**Notice Type:** Approval Notice
**Class:** C09
**Valid from** 09/19/2006 **to** 09/18/2007

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please return it to the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS APPROVAL NOTICE IS NS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B. However, this Approval Notice in conjunction with a document that establish identity, such as those acceptable documents listed on List B of Form I-9, Employment Eligibility Verification, can be evidence of employment authorization until the new card is received, but no more than 30 days from the issuance of this Approval Notice.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Exhibit I, Approval notice for Plaintiff's application for employment authorization (2006)

12/17/2007 17:23 FAX  312 681 2297      CTA 3rd FLOOR BENEFITS                    ☑004/005









Exhibit I, Copies of Plaintiff's previous/current employment authorization cards