(Revised 02/01/01)

# United States District Court  Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | RAJINI KALIDINDI | Plaintiff(s) |
| --- | --- | --- |
| | VS. | |
| | EMILIO T. GONZALEZ, as Director of the United States Citizenship and Immigration Services | Defendant(s) |

Case Number: 08 CV 795     Judge: Shadur

RECEIVED FEB 07 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

I, Daniel T. Huang, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

RAJINI KALIDINDI by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| California Supreme Court | 12/10/96 |
| U.S. District Court, Central District of California | 12/10/96 |
| U.S. District Court, Southern District of California | 02/07/03 |
| U.S. District Court, District of Colorado | 12/22/06 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
| --- | --- | --- |
| 07C0825 | Emily Ma Yan v. Emilio T. Gonzalez, Director of USCIS | 2/12/2007 |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ☑   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☑ | ☐ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☐ | ☑ |
| denied admission to the bar of any court? | ☐ | ☑ |
| held in contempt of court? | ☐ | ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

01/28/08

Date                                    Signature of Applicant

| Applicant's Name | Last Name: Huang | First Name: Daniel | Middle Name/Initial: Tzuken |
|---|---|---|---|
| Applicant's Law Firm | Law Office of Daniel Huang | | |
| Applicant's Address | Street Address (include suite or room number): 506 N. Garfield Ave., Ste. 100 | | State Bar Number: 185948 |
| | City: Alhambra | State: CA | ZIP Code: 91801 | Work Phone Number: 626-289-0006 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Fee Stamp)
PAID
RECEIPT # 10913814
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: Feb 13, 2008

United States District Judge

Statement regarding pending State Bar of California investigation
Applicant for Pro Hac Vince admission: Daniel T. Huang, CSB 185948

Case No. 06-O-15355

I, Daniel T. Huang, petitioner for admission before the Northern District of Illinois, declare as follows:

A former client, Ms. Guoying Wang (Ms. Wang), filed a complaint against me in January of 2007. Ms. Wang's complaint, which stems from a fee dispute, alleges that I had (1) wrongfully dismissed her mandamus lawsuit and (2) failed to provide her with a copy of her case documents.

Full responses were provided to the State Bar of California within 30 days of receiving notice of the complaint. I submitted that:
- Lawsuit was dismissed because the cause of action was moot
- Client was given a copy of the case file and was informed that her file can be obtained publicly on PACER free of charge.

I deny all allegations of misconduct. I believe the ex-client filed the frivolous complaint so as to avoid having to pay attorney's fees owed. To date, no charges of misconduct or recommendations of discipline have been filed against me. My last contact with the State Bar investigator was on October 3, 2007.

I declare under the penalty of perjury the above statements are true and correct to the best of my personal knowledge.

Date: Jan. 23, 2008

Daniel T. Huang (CA Bar 185948)
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
Daniel@danielimmigration.com