AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the Northern District of Illinois, Eastern Division

RAJINI D. KALIDINDI, Individually,
Plaintiff

V.

EMILLO T. GONZALEZ, as Director of the U.S Citizenship and Immigration Services;
MICHAEL CHERTOFF, as United States Secretary of Homeland Security;
ROBERT MUELLER III, as Director of Federal Bureau of Investigation,
Defendant (s).

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 C 795

Filed
Feb. 6, 2008
Judge Shadur
Magistrate Judge Schenkier

TO: (Name and address of Defendant)

Emilio Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Ave, NW
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bonita Hwang Cho, Esq.
Cheng, Cho & Yee, P.C.
134 N. La Salle St., Ste. 1618
Chicago, IL 60602

Daniel T. Huang (Pro Hac Vice Pending)
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  Feb. 6, 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3.14.2008 |
| NAME OF SERVER (PRINT) Tracy Li | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): I served Emilio T. Gonzalez via certified first class mail on Mar 7, 2008

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3.14.2008
            Date

Signature of Server: Tracy Li

Address of Server: P.O. Box 1351 Alhambra CA 91802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>    DHS                          4-7-08 |
| 1. Article Addressed to:<br><br>Emilio T. Gonzalez<br>Bureau of Citizenship and immigration Service<br>U.S. Citizenship and Immigration Service<br>Washington D.C. 20528 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0001 6894 3790 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Daniel Huang
P.O. Box 1351
Alhambra, CA 91802-1351

Rajini D. Kalidindi