UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rajini D. Kalidindi
         Plaintiff,

v.                 Case No.: 1:08–cv–00795
                  Honorable Milton I. Shadur

Emillo T. Gonzalez, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

  MINUTE entry before Judge Honorable Milton I. Shadur:Status hearing held on 4/3/2008. Telephonic Status hearing set for 5/28/2008 at 01:00 PM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.