IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAJINI KALIDINDI, individually, | ) |
| | ) Civil Action No: 08 CV 795 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| EMILIO T. GONZALEZ, as Director of the | ) |
| U.S. Citizenship and Immigration Services, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff, through undersigned counsel, hereby motions this Court for an order to allow them to voluntarily dismiss this action in its entirety without prejudice. This dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant is not opposed to the dismissal of this lawsuit.

Dated: May 27, 2008

/s/ Bonita Hwang Cho

Bonita Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. La Salle St.
Suite 1618
Chicago, IL 60602
Tel: (312) 853-3088
Fax: (312) 853-3098
bcho@lawyersimmigration.com

Attorney for Plaintiff

/s/ Daniel T. Huang

Daniel T. Huang, (Pro Hac Vice)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Telephone: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patrick J. Fitzgerald, United States Attorney
Office of the United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

Dated: May 28, 2008

               s/Daniel T. Huang
                Daniel T. Huang
                Attorney for Plaintiff