IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAJINI KALIDINDI, individually, | ) Civil Action No: 07-cv-00795 |
| Plaintiff, | ) |
| vs. | ) |
| EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services, | ) |
| Defendant. | ) |

**ORDER [PROPOSED]**

Plaintiffs' motion for voluntary dismissal is granted.  This matter is hereby ordered dismissed without prejudice.

Signed on May _____, 2008

_____
MILTON I. SHADUR
UNITED STATES DISTRICT JUDGE