

Order Form (

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 795 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Rajini Kalindindi vs. Emilio T. Gonzalez | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiff's motion for voluntary dismissal is granted. (13-1) This matter is hereby ordered dismissed without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|