IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAJINI KALIDINDI, individually, | ) Civil Action No: 08cv-00795 |
| Plaintiff, | ) |
| vs. | ) |
| EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services, | ) |
| Defendant. | ) |

## ORDER [PROPOSED]

Plaintiffs' motion for voluntary dismissal is granted. This matter is hereby ordered dismissed without prejudice.

Signed on May __30__, 2008

_____
MILTON I. SHADUR
UNITED STATES DISTRICT JUDGE